IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JESSE SANDOVAL, | : | |
| Plaintiff, | : | Case No.: 5:07-cv-293 (CAR) |
| v. | : | |
| DR. LIFT, MR. BUTTS, and MEDICAL STAFF AT HANCOCK STATE PRISON, | : | |
| Defendants. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 4] to dismiss Defendant "Medical Staff at Hancock State Prison" pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed an Objection to the Recommendation, wherein he simply states that he objects to the dismissal of Medical Staff at Hancock State Prison. Having considered the matter, the Court agrees with the Recommendation that unnamed medical staff members cannot be listed as defendants until such time as Plaintiff identifies them by name. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. "Medical Staff at Hancock State Prison" is hereby DISMISSED from this action.

**SO ORDERED**, this 17th day of June, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH