**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| JESSEE SANDOVAL, | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 5:07-cv-293 (CAR)** |
| | : | |
| v. | : | |
| | : | |
| CARL LIFT, M.D., and | : | |
| DAVID BUTTS, | : | |
| | : | |
| **Defendants.** | : | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 23] to grant Defendants' Motion for Summary Judgment [Doc. 14]. Plaintiff has filed an Objection [Doc. 24] to the Recommendation in which he objects to the Magistrate Judge's conclusion that there are no genuine issues of material fact regarding his deliberate indifference and retaliatory transfer claims. Having considered Plaintiff's objections and having investigated the matters *de novo*, this Court agrees with the conclusions and findings of the United States Magistrate Judge that summary judgment should be granted for Defendants. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In his Objection, and as pointed out by the Defendants in their Response to Plaintiff's Objection, Plaintiff simply restates his unsupported and conclusory allegations of deliberate indifference and retaliation. After review of the record, as stated by the United States Magistrate Judge in his Recommendation, Plaintiff has failed to provide sufficient evidentiary support for his claims. As such, Plaintiff's arguments are without merit.

**CONCLUSION**

For the reasons explained above, the Recommendation [Doc. 23] to is **HEREBY**

**ADOPTED AND MADE THE ORDER OF THE COURT**.


      **SO ORDERED**, this 25th day of September, 2008.


S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH